IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SECURENET SOLUTIONS GROUP, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FLOCK GROUP INC. d/b/a FLOCK SAFETY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 26-1141-MN |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule 7.1, Defendant Flock Group Inc. ("Flock") hereby states that Flock has no parent corporation and no publicly held company owns 10% or more of Flock's stock.

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)
Jeffrey J. Lyons (#6437)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com
jlyons@ashbygeddes.com

*Attorneys for Defendant*

*Of Counsel*:

T. Vann Pearce, Jr.
Christopher J. Higgins
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037f
(202) 339-8400
vpearce@orrick.com
chiggins@orrick.com

Dated: October 2, 2026